Mathew K. Higbee, Esq., SBN 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
 (714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
AGENGE FRANCE-PRESSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGENCE FRANCE-PRESSE<br><br>            Plaintiff,<br><br>v.<br><br>GREGORY DOWBAK; WESLEY ROZHNOV; EZ CARE MEDICAL CLINIC, INC.; SPARTACUS MANAGEMENT GROUP, INC.; MMJ DOCTOR MEDIACAL CLINIC INC. d/b/a www.mmjdoctor.com; and DOES 1 through 10 inclusive,<br><br>            Defendant. | Case No. _____<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**(1) COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR BENCH TRIAL** |

Plaintiff, Agence France Presse alleges as follows:

### JURISDICTION AND VENUE

1.     This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2.     This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.     This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within this judicial district, Defendant's acts of infringement complained of herein occurred in this judicial district, and Defendant caused injury to Plaintiff within this judicial district.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## PARTIES

5. Plaintiff Agence France-Presse ("AFP") is a French entity with a based in Paris, France, but with it North American headquarters located in Washington, D.C.

6. Defendant Gregory Dowbak is an individual doing business in San Francisco, CA.

7. Defendant Wesley Rozhnov is an individual doing business in San Francisco, CA.

8. Defendant EZ Care Medical Clinic Inc. is a California corporation located at 1884 Market Street, San Francisco, CA 94102.

9. Defendant MMJ Doctor Medical Clinic Inc., is a corporation of unknown origin located at 1884 Market Street, San Francisco, CA 94102.

10. Defendant Spartacus Management Group Inc. is a corporation located at 88 South 3rd Street, Suite 127, San Jose, CA 95113.

11. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

Complaint For Damages
And Injunctive Relief

12. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

13. Agence France-Presse ("AFP") is a global news agency delivering fast coverage, accurate, in video, text, photographs, multimedia and graphics of the events that make international news.

14. Founded in 1835 in Paris, France, AFP is the oldest and third largest news agency in the world.

15. AFP has bureaus in over 150 countries, and has its North American headquarters in Washington, D.C.

16. AFP disseminates approximately 5,000 news stories and approximately 3,000 photographs per day to its subscribers.

17. AFP also makes its photographs available for license through Getty Images.

18. AFP is the exclusive rights holder to a photograph of then Senator Jeff Sessions, R-AL, arriving to testify at his confirmation hearing before the United States Senate Judiciary Committee after being nominated to the office of Attorney General ("Image").

19. Attached hereto as Exhibit A is a true and correct copy of the Image.

20. AFP first published the Image in France.

21. On information and belief Defendants Gregory Dowbak, Wesley Rozhnov, EZ Care Medical Clinic Inc., MMJ Doctor Medical Clinic Inc., and Spartacus Management Group Inc. ("Defendants") own and operate the website www.mmjdoctor.com ("Defendants' Website") which provides online medical marijuana evaluations in California and across the US.

22. On information and belief, Defendants have the right and ability to

supervise and control the content that is placed on Defendants' Website, and also derive a financial benefit from Defendants' Website.

23. On or about June 3, 2017, AFP discovered that its Image was being used on Defendants' Website.

24. Attached hereto as Exhibit B are true and correct screenshots of the Image being used on Defendants' Website.

25. AFP did not have record of Defendants' purchasing a license to use the Image nor did AFP grant permission for the Image to be used on Defendants' Website.

### FIRST CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101 *et seq.*

26. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Image on Defendants' Website.

27. Plaintiff is informed and believes and thereon alleges that the Defendant infringed upon Plaintiff's copyrighted Image in violation of Title 17 of the U.S. Code, in that it used, published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Image of the Plaintiff without Plaintiff's consent or authority, and acquired monetary gain and market benefit as a result.

28. Specifically, Defendant made an unauthorized copy and then publically displayed the Image on Defendants' Website.

29. As a result of Defendants' violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 if willful or up to $30,000 if unintentional pursuant to 17 U.S.C. § 504(c).

30. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

Complaint For Damages
And Injunctive Relief

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendants as follows:

- For actual damages pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 if willful or up to $30,000 if unintentional pursuant to 17 U.S.C. § 504(c).
- For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;
- For an injunction preventing each Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502; and
- For any other relief the Court deems just and proper.

Dated: April 30, 2019                                   Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*

**DEMAND FOR BENCH TRIAL**

Plaintiff AFP hereby demands a bench trial in the above matter.

Dated: April 30, 2019

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*