Mathew K. Higbee, Esq., SBN 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Plaintiff,*
AGENCE FRANCE-PRESSE

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**

AGENCE FRANCE-PRESSE

          Plaintiff,

v.

GREGORY DOWBAK; WESLEY
ROZHNOV; EZ CARE MEDICAL
CLINIC, INC.; SPARTACUS
MANAGEMENT GROUP, INC.; MMJ
DOCTOR MEDIACAL CLINIC INC.
d/b/a www.mmjdoctor.com; and DOES 1
through 10 inclusive,

          Defendant.

Case: 5:19-cv-02344-VKD

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P.
41(a)(1)(A)(i)**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Agence France-Presse ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against all defendants in the above captioned action with prejudice.

Defendants have neither answered Plaintiff's Complaint nor filed a Motion for Summary Judgment. Therefore, this matter may be dismissed without an Order of the Court. The parties shall bear their own attorneys' fees, expenses, and costs incurred in connection with the prosecution or defense of this action.

Dated: May 28, 2019                         Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6559 facsimile
*Counsel for Plaintiff*